UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

OSCAR RENE PINTO

CRIMINAL ACTION

NO. 09-56-JJB-SCR

**RULING**

The court has carefully considered defendant's motion to vacate, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated May 3, 2012 (doc. no. 81). The petitioner has filed an objection to the Report which essentially makes the same arguments and lacks merit.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED.

Baton Rouge, Louisiana, this 23rd day of August, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA