UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

OSCAR RENE PINTO

CIVIL ACTION

NO. 09-56-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 13, 2013 (doc. no. 93) to which no objection has been filed. The plaintiff was given additional time (May 5, 2013) to file an objection and he has not done so.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion for Leave to Amend Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, considered as an amended motion for relief, is DENIED.

Baton Rouge, Louisiana, this 15th day of May, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA